FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0392

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0392

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RUSTY JAY WEBER,

     Defendant and Appellant.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020